IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00499-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRY BARLOW,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss [Docket No. 27]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 27] is granted. Counts One through Three and Six through Nine of the Indictment are dismissed.

    DATED May 6, 2013.

                                            BY THE COURT:

                                            PHILIP A. BRIMMER
                                            United States District Judge