DIN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 12-CR-00499-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY BARLOW a/k/a DUNLAP,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on July 13, 2017 for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The court has taken judicial notice of the court's file. Defendant waived his right to a preliminary hearing. Accordingly, I find that probable cause exists to believe that the defendant violated his Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, the defendant is not contesting detention.

    In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report, the entire court file, and the proffers by the parties. The defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. On the record before the court, I find that no condition or combination of conditions of release that will reasonably assure the appearance of the defendant and the safety of the community.  Accordingly, I order the

defendant detained without bond.

Done this 13th of July 2017.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge